Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Kelsey E. Stegall, Esq.
Nevad Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
wkrincek@littler.com

Attorneys for Defendants
FOCUS ELECTRIC LLC dba FOCUS ELECTRIC, FOCUS COMPANIES, LLC and SYNERGOS COMPANIES, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS TORRES,<br><br>Plaintiff,<br><br>v.<br><br>FOCUS ELECTRIC, LLC dba FOCUS ELECTRIC, a Nevada limited liability company; FOCUS COMPANIES, LLC, a Delaware limited liability company; SYNERGOS COMPANIES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:26-cv-02055-GMN-~~DJA~~ EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff CARLOS TORRES ("Plaintiff") and Defendants FOCUS ELECTRIC LLC dba FOCUS ELECTRIC, FOCUS COMPANIES, LLC and SYNERGOS COMPANIES, LLC ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint by four weeks from the current deadline of August 3, 2026, up to and including **August 31, 2026.** This is the first request for an extension of time to file a response to the Complaint.

The instant request for an extension is needed to allow counsel for Defendants sufficient to investigate the allegations and file a proper response in light of preexisting work commitments.

/ / /

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: July 17, 2026

GREENBERG GROSS LLP

*<u>/s/ Eric K. Lundy, Esq.</u>*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Eric K. Lundy, Esq.

Attorneys for Plaintiff
CARLOS TORRES

Dated: July 17, 2026

LITTLER MENDELSON, P.C.

*<u>/s/ Wendy M. Krincek, Esq.</u>*
Wendy M. Krincek, Esq.
Kelsey E. Stegall, Esq.

Attorneys for Defendants
FOCUS ELECTRIC LLC dba FOCUS ELECTRIC, FOCUS COMPANIES, LLC and SYNERGOS COMPANIES, LLC

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: July 21, 2026



LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800