**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Carlos Torres,

Plaintiff(s),

v.

Focus Electric, LLC, et al.,

Defendant(s).

Case No. 2:26-cv-02055-GMN-EJY

**Order**

Two orders were issued setting an ENE. The Court hereby **VACATES** the order at Docket No. 9. The ENE will proceed as set in the latter order at 10:00 a.m. on November 20, 2026. Docket No. 15. As required in that order, the parties must file a joint statement on futility by November 5, 2026, and the parties must submit their evaluation statements to the undersigned's box in the Clerk's Office by 3:00 p.m. on November 13, 2026.

IT IS SO ORDERED.

Dated: September 29, 2026

Nancy J. Koppe
United States Magistrate Judge